# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>WILLIAM BRIAN REDICAN<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED09CR00124-SGL<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _DEFENDANT_, IT IS ORDERED that a detention hearing is set for _10/28/09_, ____, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _OSWALD PARADA_, in Courtroom _3_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10/21/09_   _____
U.S. District Judge/Magistrate Judge